USI TRANSPORTATION

# TRUCKERS APPLICATION

## General Information

Submitting Producer Tyler Rex
Phone: 630-625-5208
Fax:
Email: tyler.rex@usi.com

Address: 2021 Spring Road Suite 100
City, State Zip Code: Oak Brook, IL 60523

Marketing Rep.:
Phone:
Fax:

Email

Effective Date: 06/24/2022 Expiration Date: 06/24/2023

Date Quote Needed: ASAP Presentation Date :

## Applicant Information:

Name Insured: Floyd INC
Mailing Address: 729 N Route 83 Suite 324
City, State Zip Code: Bensenville, IL 60106

Phone #: 630-233-9652 Fax #:

E-mail: Cell #:

DOT Number:2903977 MC Number: 977366

Federal ID Number:

Ownership Status ☒Corp. ☐Sole Proprietor ☐LLC ☐Partnership

Number of years in business: 2016 Under current management since: 2016

Does the named insured have any subsidiary or affiliated companies? ☐Yes ☐No

**If yes, please explain (Name of Entity and Description of Operations):**
N/A

***NOTE**: If the Named Insured engages Independent Contractors (i.e. Owner Operators), it is the intent of this coverage to respond on a primary basis while they are operating under the authority of the Named Insured.*



**EXHIBIT 1**

USI TRANSPORTATION

# Operations

**Description and Scope of Operations**

For Hire Motor Carrier

**Contacts:**

| | | | |
|---|---|---|---|
| Primary Contact | Mirna Cobic | President | Aleksandar Mimic |
| Safety Director | | Operations Manager | |
| Accounting Contact | | Insurance/Claims Contact | |

**Terminal Locations:** List address, city and state of all terminal locations.

**1.**

**2.**

**3.**

| | | |
|---|---|---|
| Has your insurance been canceled or non-renewed in the last 5 years? | ☒Yes | ☐No |
| Has your insurance been obtained through an assigned risk plan in last 5 years? | ☒Yes | ☐No |
| Have you filed for Bankruptcy of Chapter 11 in the last 5 years? | ☐Yes | ☒No |
| Do you ever haul noxious, caustic, toxic, flammable or explosive commodities? (If yes, complete Haz Mat Section) | ☐Yes | ☒No |
| Do you haul any waste? | ☐Yes | ☒No |
| Any interline, intermodal, or interchange agreements? | ☒Yes | ☐No |
| Additional Insured, Waiver of Rights to Subro or other special contract requirements? | ☒Yes | ☐No |

## Radius of Operation

| RADIUS | PERCENTAGE | NO. OF POWER UNITS OPERATED |
|---|---|---|
| 0 to 50 Miles | 5 | |
| 51 to 100 Miles | 5 | |
| 101 to 300 Miles | 25 | |
| 301 to 500 Miles | 45 | |
| 500 or more miles | 20 | |

**What is your average length of haul:** 500

**What is your maximum length of haul:** 2000

USI TRANSPORTATION

## Range of Transport

Indicate all Primary (10%+) Destination Cities (metro and non metro)

| Destination City. State | % of loads | Destination City. State | % of loads | Destination City. State | % of loads |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**% of loads to Regular or Fixed Destinations:**

## Account History – Projection, Current Term and Previous 4 Full Years

| | Upcoming Year | Current Year | 1 Year Prior | 2 Years Prior | 3 Years Prior | 4 Years Prior |
|---|---|---|---|---|---|---|
| **Revenue** | 3.5m | 7.703m | 7.894m | 8.210m | 13.75m | 18.8m |
| **Miles Driven** | | | | | | |
| **# of Tractors** | 12 | 30 | 31 | 35 | 55 | 75 |
| **# of Trucks** | | | | | | |
| **# of Trailers** | 12 | 30 | 75 | 35 | 55 | 75 |
| **# of Private Passenger** | | | | | | |
| **# of Service Vehicles** | | | | | | |
| **Fleet values** | $ | $ | $ | $ | $ | $ |

## Schedule of Equipment Operated

| | Owned | | | | Owner Operator | | |
|---|---|---|---|---|---|---|---|
| | Road | | Local | | | | |
| | Number | Avg. Miles Per Year | Number | Avg. Miles Per Year | Number | Avg. Miles Per Year | |
| Trucks | | | | | | | |
| Vans | | | | | | | |
| Tractors | 12 | | | | | | |
| | Dry Van | Reefer | Open Top | Flat Bed | Low Boy | Tanks | Other (Describe) |
| # Trailers | 12 | | | | | | |

| | YES | NO |
|---|---|---|
| **Do you haul doubles?** | ☐ | ☒ |
| **Do you haul triples?** | ☐ | ☒ |
| **Are all vehicles that are ever operated under your authority listed on the attached schedule?** | ☒ | ☐ |
| **Is any of your equipment "co-owned"? If so, please advise who:** | ☐ | ☒ |

USI TRANSPORTATION

# Revenue Definition

**Revenue includes the following descriptions: (e.g. interstate, intrastate, loading, unloading, trip lease, brokerage, warehousing, cross docking, etc)**

| DESCRIPTION | PROJECTED AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |

**Revenue excludes the following descriptions (e.g. fuel surcharge, weekend surcharge, demurrage, late delivery charges, cancelled load charges, lumpers, storage/warehousing charges, etc)**

| **DESCRIPTION** | **PROJECTED AMOUNT** |
|---|---|
| | |
| | |
| | |
| | |
| | |

Comments (include special endorsements or Additional Insured information)

USI TRANSPORTATION

## Drivers, Safety, & Maintenance

| | |
|---|---|
| Name of Safety Director: | Mirna Cobic |
| Details on ELD's / Cameras: | 100% ELD's |
| Safety Director reports to | Alex Mimic |
| How often are Safety Meetings held | Quarterly |
| Do you have a written safety program? (if yes, attach a copy) | Yes |
| Does your safety program include safe driving incentive awards? | ☒Yes ☐ No fines & bonus for inspections |
| Do you have a return to work program? | ☐Formal ☒ Informal ☐ None |
| Current DOT Safety Rating | Conditional – see safety plan attached |
| Do you hire Independent Contractors? | ☐Yes ☒ No If Yes, a copy of the contract/agreement is required |

### Current CSA BASIC SCORES

| UNSAFE DRIVING | HOURS OF SERVICE | VEHICLE MAINTENANCE | CONTROLLED SUBSTANCE AND ALCOHOL | DRIVER FITNESS | Haz Mat | CRASH |
|---|---|---|---|---|---|---|
| 90 | 77 | 86 | NA | 73 | NA | 93 |

Corrective Action Measures SEE SAFETY PLAN SUBMITTED. FLEET HAS DOWNSIZED DRASTICALLY TO ALLOW FOR FULL IMPLEMENTATION AND IMPROVEMENT TO BE HAD.

| | NUMBER | PAY SCALE | | | | |
|---|---|---|---|---|---|---|
| PERSONNEL | TOTAL | HOURLY RATE | RATE PER MILE | PERCENT OF REVENUE | AVERAGE ANNUAL SALARY | PERCENT HOME EVERY WEEKEND |
| Local Drivers | | | | | | |
| Long Haul | | | | | | |
| Owner Operators | | | | | | |
| Dock | | | | | | |
| Maintenance | | | | | | |
| Office | | | | | | |

| DRIVERS HIRED/LEASED LAST YEAR | COMPANY | OWNER OPERATOR LEASED |
|---|---|---|
| Number Replaced | | |
| Number Increased | | |

| AGE OF DRIVERS | COMPANY | OWNER OPERATOR LEASED |
|---|---|---|
| Number of Drivers under 25 | | |
| Number of Drivers over 65 | | |

USI TRANSPORTATION

| | COMPANY | | OWNER OPERATOR | |
|---|---|---|---|---|
| **DOES DRIVER SELECTION PROCEDURE INCLUDE:** | **YES** | **NO** | **YES** | **NO** |
| Written Application? | ☒ | ☐ | ☐ | ☐ |
| PSP Verification? | ☒ | ☐ | ☐ | ☐ |
| Reference Checks? | ☒ | ☐ | ☐ | ☐ |
| Required amount of experience for new hires: | 2 YEARS | | | |
| Road Test? | ☒ | ☐ | ☐ | ☐ |
| Written Test? | ☒ | ☐ | ☐ | ☐ |
| Road Test certification | ☒ | ☐ | ☐ | ☐ |
| Drug Testing? | ☒ | ☐ | ☐ | ☐ |
| Do you use teams? | ☐ | ☒ | ☐ | ☐ |
| Does the applicant have written driver qualification guidelines? | ☒ | ☐ | ☐ | ☐ |
| Who administers driver hiring process? | ALEX | | | |
| Length of new hire orientation program? | 2 DAYS | | | |
| **DRIVING RECORDS/MVR'S:** | | | | |
| Are MVR's requested for new drivers? | ☒ | ☐ | ☐ | ☐ |
| Are MVR's requested periodically? | ☒ | ☐ | ☐ | ☐ |
| How Often? | ANNUALLY | | | |
| What month is your Annual MVR Review run | JANUARY | | | |
| Do you have a MVR Tracking Service (i.e.SambaSafety) | ☐ | ☒ | ☐ | ☐ |
| Are the MVR's reviewed? | ☒ | ☐ | ☐ | ☐ |
| How often and by Whom? | SAFETY | | | |
| Are there any current drivers with convictions for DUI, DWI or reckless driving? | ☐ | ☒ | ☐ | ☐ |
| Is there a policy for moving violations, DUI or DWI? | ☒ | ☐ | ☐ | ☐ |
| Explain | TERMINATION | | | |
| Are there accident investigation review procedures? | ☒ | ☐ | ☐ | ☐ |
| How do you compensate your drivers? | % OF REVENUE | | | |
| Are safety meetings held? | ☒ | ☐ | ☐ | ☐ |
| **PHYSICAL EXAMINATIONS** | | | | |
| Are physical examinations required for replacement drivers? | ☒ | ☐ | ☐ | ☐ |
| Are physical examinations done periodically? | ☒ | ☐ | ☐ | ☐ |
| How often and by whom? | DOT DR | | | |

USI TRANSPORTATION

**EMPLOYEE BENEFITS**

Do you provide Employee Benefits? (obtain details)

| Employee Participation %:0 | Employer Contribution %:0 |
|---|---|

| DOES DRIVER ORIENTATION INCLUDE | COMPANY | | OWNER OPERATOR | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Familiarization with company rules and procedures? | ☒ | ☐ | ☐ | ☐ |
| Route familiarization? | ☒ | ☐ | ☐ | ☐ |
| Emergency procedures? | ☒ | ☐ | ☐ | ☐ |
| Accident reporting procedures? | ☒ | ☐ | ☐ | ☐ |
| Is there road supervision? | ☐ | ☒ | ☐ | ☐ |
| Is road patrolled by insured? | ☐ | ☒ | ☐ | ☐ |
| Are there EOBR's? | ☒ | ☐ | ☐ | ☐ |
| Are trucks operated with speed governors? If yes, what speed are they set at? | ☐ | ☒ | ☐ | ☐ |
| Are the vehicles equipped with fender mirrors? | ☒ | ☐ | ☐ | ☐ |
| Is there a radio dispatch? Satellites? | ☒ | ☐ | ☐ | ☐ |
| Does the applicant have a "no passenger" policy? | ☒ | ☐ | ☐ | ☐ |

## Logging Procedures

| | DRIVING | ON DUTY | COMPANY YES | COMPANY NO | OWNER OPERATOR YES | OWNER OPERATOR NO |
|---|---|---|---|---|---|---|
| **Maximum hours daily** | 11 | 14 | ☒ | ☐ | ☐ | ☐ |
| **Maximum hours weekly** | 60 | 70 | ☒ | ☐ | ☐ | ☐ |
| **Are driver logs used?** | | | ☒ | ☐ | ☐ | ☐ |
| **Is an electronic log program used to audit driver log books? Are ELD's used?** | | | ☒ | ☐ | ☐ | ☐ |
| **Are log violations reviewed by management?** | | | ☒ | ☐ | ☐ | ☐ |
| **Is there progressive discipline for violation?** | | | ☒ | ☐ | ☐ | ☐ |
| **On long haul operation is a daily call system used?** | | | ☒ | ☐ | ☐ | ☐ |
| **On long haul operations are predetermined truck stops used?** | | | ☒ | ☐ | ☐ | ☐ |

Applicant Is:

☒ Common ☐ Contract ☐ Private ☐ Exempt ☐ Regular ☐ Irregular

| | | |
|---|---|---|
| Are you familiar with DOT regulations? | ☒ Yes | ☐ No |
| Do you follow DOT regulations**?** | ☒ Yes | ☐ No |

USI℠ TRANSPORTATION

# Preventative Maintenance

| | | |
|---|---|---|
| Does insured have written maintenance program? | ☒ Yes | ☐ No |
| Does insured service vehicles? | ☒ Yes | ☐ No |

If so, number of full-time mechanics:

If insured does not service vehicles, who does? ______________________________

Name of maintenance manager: ______________________________

Years with firm in this position: ________ Years in the field: ______________________________

| | COMPANY | | OWNER OPERATOR | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| **Is a vehicle file kept for each vehicle?** | ☒ | ☐ | ☐ | ☐ |
| **Is there an owned or controlled inspection facility?** | ☒ | ☐ | ☐ | ☐ |
| **Are daily vehicle condition reports required?** | ☒ | ☐ | ☐ | ☐ |
| **Are front axle brakes operative on all units?** | ☒ | ☐ | ☐ | ☐ |

| **Maintenance is provided for:** | YES | NO |
|---|---|---|
| Company vehicles? | ☒ | ☐ |
| Owner Operator vehicles? | ☐ | ☒ |
| Other vehicles? | ☐ | ☒ |
| **Do you have a:** | **YES** | **NO** |
| Parts Department | ☐ | ☐ |
| Body Shop | ☐ | ☐ |
| Service Bays | ☐ | ☐ |
| **Vehicle Maintenance performed is:** | **YES** | **NO** |
| Internal (engine)? | ☐ | ☒ |
| External (body)? | ☒ | ☐ |
| Both? | ☐ | ☐ |
| Do you have a vehicle replacement policy? | ☒ | ☐ |
| Do you have a tire replacement policy? | ☒ | ☐ |
| Do you use re-treads? | ☐ | ☒ |

USI TRANSPORTATION

# Leasing/Brokerage

| | | |
|---|---|---|
| Do you lease equipment to others on a long-term basis? | ☐ Yes | ☒ No |

What Revenue do you derive from this equipment? ______

Attach copies of Lease Agreements

| | | |
|---|---|---|
| Do you operate as a broker, freight forwarder, or arrange loads for others? | ☐ Yes | ☒ No |

If yes, in what name? ______

Revenue from brokerage operation for past year. Gross: Net:

Revenue from brokerage operation projected for next year. Gross: Net:

| | | |
|---|---|---|
| Trip Lease: Do you lease trip through others to obtain backhaul revenue? | ☐ Yes | ☒ No |

What percentage? ______

| | | |
|---|---|---|
| Are you required to hold any of these lessees harmless? | ☐ Yes | ☐ No |
| Do you use trip lessors to supplement your fleet? | ☐ Yes | ☐ No |

What percentage of revenue is derived from this source?

| | | |
|---|---|---|
| Do you attempt to transfer liability and cargo responsibility to trip lessor by use of a hold harmless agreement? | ☐ Yes | ☐ No |

**PERMANENT LEASE OWNER OPERATORS**

| | | |
|---|---|---|
| Do you require owner-operators to carry Workers Compensation insurance? | ☐ Yes | ☐ No |
| If yes, do you require owner-operators to carry non trucking use liability coverage? | ☐ Yes | ☐ No |

Limit Required ______

| | | |
|---|---|---|
| Are Certificates of Insurance on file? | ☐ Yes | ☐ No |
| Do you require any owner-operators to carry full liability? | ☐ Yes | ☐ No |

USI℠ TRANSPORTATION

# Insurance Program Request

**Type of Policy quested**

☒Scheduled ☐Monthly Reporting ☐Revenue ☐Mileage ☐ Value ☐ Units

Please select the desired insurance coverage, limit of liability and desired deductible from list below:

| AUTOMOBILE | Coverage Desired? | LIMIT OF LIABILITY | DEDUCTIBLE (IF APP) |
|---|---|---|---|
| Automobile Liability (Primary) | ☐ NO<br>☒ YES | $1,000,000 | |
| Private Passenger Auto | ☐ NO<br>☐ YES | | |
| Personal Injury Protection | ☐ NO<br>☐ YES | | |
| Uninsured Motorist | ☐ NO<br>☒ YES | $70,000 CSL | |
| Underinsured Motorist | ☐ NO<br>☒ YES | $70,000 CSL | |
| Medical Payments | ☐ NO<br>☐ YES | | |
| Hired & Non-Owned Auto | ☐ NO<br>☒ YES | $1,000,000 | |
| Trailer Interchange | ☐ NO<br>☐ YES | $ | |
| Broadened Pollution Liab. (CA 9948 or equivalent) | ☐ NO<br>☐ YES | $1,000,000 | |
| General Liability (Attach ACORD Application) | ☐ NO<br>☐ YES | $1,000,000 / $2,000,000 | |
| Property (Attach ACORD Application) | ☐ NO<br>☐ YES | | |
| Other: | ☐ NO<br>☐ YES | | |

☒ **Blanket Additional Insured** ☒ **MCS-90** ☒ **CA 9948** ☐

☐ **Blanket WOS** ☐ **Include Primary Non-Contributory** ☐ ☐

USI TRANSPORTATION

**Physical Damage**

| Physical Damage | ☒ NO<br>☐ YES | Limit / Valuation<br>(ACV, Stated Amount) | Deductible |
|---|---|---|---|
| Comprehensive | ☒ NO<br>☐ YES | | $1,000/$2,500 |
| Collision | ☒ NO<br>☐ YES | | $1,000/$2,500 |
| Trailer Interchange | ☐ NO<br>☐ YES | | |
| Hired & Non Owned Physical Damage | ☐ NO<br>☐ YES | $ | |
| Towing | ☐ NO<br>☐ YES | $10,000, $15,000 and $25,000 options | |

Total Value of Tractors: ______________ Trailers: ______________

Do you want Physical Damage coverage on Private Passenger vehicles? ☐ Yes ☒ No

If yes, how many vehicles? ______ Values ______________

Trailer Interchange: ☐ Yes ☐ No
"If any basis" ______
Number of days: ______ Number of units: ______ Deductible: ______

Hired Non Owned Physical Damage:
"If any basis" ______
Number of units: ______ Deductible: ______

☐ Lessees as Additional Insured ☐ Lease Gap ☐ Lender Loss Payee ☐

☐ ☐ ☐ ☐

USI TRANSPORTATION

## Filings Information

Name and address exactly how it appears on Liability and Cargo filings: ______________________

**ICC Docket Number: MC** ______________________

**Filings: Please indicate filings required. This section must be completed.**

Insured has Liability (L) or Cargo (C) exposures in the following states

| | L | C | | L | C | | L | C | | L | C | | L | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | ☐ | ☐ | GA | ☐ | ☐ | MA | ☐ | ☐ | NM | ☐ | ☐ | SD | ☐ | ☐ |
| AK | ☐ | ☐ | ID | ☐ | ☐ | MI | ☐ | ☐ | NY | ☐ | ☐ | TN | ☐ | ☐ |
| AZ | ☐ | ☐ | IL | ☐ | ☐ | MN | ☐ | ☐ | NC | ☐ | ☐ | TX | ☐ | ☐ |
| AR | ☐ | ☐ | IN | ☐ | ☐ | MS | ☐ | ☐ | ND | ☐ | ☐ | UT | ☐ | ☐ |
| CA | ☐ | ☐ | IA | ☐ | ☐ | MO | ☐ | ☐ | OH | ☐ | ☐ | VT | ☐ | ☐ |
| CO | ☐ | ☐ | KS | ☐ | ☐ | MT | ☐ | ☐ | OK | ☐ | ☐ | VA | ☐ | ☐ |
| CT | ☐ | ☐ | KY | ☐ | ☐ | NE | ☐ | ☐ | OR | ☐ | ☐ | WA | ☐ | ☐ |
| DE | ☐ | ☐ | LA | ☐ | ☐ | NV | ☐ | ☐ | PA | ☐ | ☐ | WV | ☐ | ☐ |
| DC | ☐ | ☐ | ME | ☐ | ☐ | NJ | ☐ | ☐ | RI | ☐ | ☐ | WI | ☐ | ☐ |
| FL | ☐ | ☐ | MD | ☐ | ☐ | NH | ☐ | ☐ | SC | ☐ | ☐ | WY | ☐ | ☐ |

**Canadian Operations?** ☐ None

**State Filings Required (Include Filing Number)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

☐ Yes ☐ No

If yes, please list here:

USI TRANSPORTATION

## Cargo Coverage

| | LIMIT | DEDUCTIBLE |
|---|---|---|
| Coverage per Vehicle | | |
| Catastrophe Limit | | |
| Terminal Limit | | |
| Employee Dishonesty | | |
| Reefer Breakdown | | |
| Trailer Interchange | | |
| Driver Error on Reefer | | |

☐ All Risk Form ☐ Broad Form ☐ Named Peril ☐ Bill of Lading

☐ Employee Dishonesty ☐ Earned Freight ☐ Reefer Breakdown ☐ Broken Seal

Percent of Loads Secured through: Freight Brokers Contracts w. Shipper

Loads are: ☐ Truckload ☐ Less than Truckload (LTL)

## Cargo Description

| COMMODITY | MAX. VALUE | AVG. VALUE | % OF TOTAL | MAJOR SHIPPER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Do your trucks or trailers have any kind of alarm or theft protection? ☐ Yes ☐ No

**If Yes, explain:** ______

Do any of your commodities require temperature control? ☐ Yes ☐ No

**If Yes, explain:** ______

Do you have any terminal exposure for cargo? ☐ Yes ☐ No

**If Yes, explain:** ______

Describe containerized cargo hauling, if any: ______

Describe oversized-overweight operations, Percentage of OS/OW, Pilot cars used etc. ______

USI TRANSPORTATION

| **Do You Haul Hazardous Materials?** | ☐ Yes | ☐ No |
|---|---|---|

If Yes, what percentage? (Complete Haz Mat section) ______________________

| Do any of your loads require placarding? | ☐ Yes | ☐ No |
|---|---|---|

If Yes, what percentage? (Complete Haz Mat section) ______________________

| **Do You Haul Steel?** | ☐ Yes | ☐ No |
|---|---|---|

If Yes, what percentage?

Are steel coils hauled? If yes, is it being hauled "eyes to the sky"? ☐ Yes or ☐ No

Other specific types of steel hauled? ______________________

USI TRANSPORTATION

## Hazardous Materials

Are the following carried in full truck or trailer loads? (A full truck or trailer load is one which the truck or trailer is filled with a single commodity)

| | YES | NO | LOADS PER MONTH | GAS | LIQUID | SOLID | UN # |
|---|---|---|---|---|---|---|---|
| Explosives | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Flammable | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Combustibles | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Irritants/Corrosives | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Oxidizers | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Poisons | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Radioactive Material | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Hazardous Waste | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Other Regulated Material | ☐ | ☐ | | ☐ | ☐ | ☐ | |

**Hazardous Material Training – Review program elements and driver files for documentation.**

| | YES | NO |
|---|---|---|
| Does a hazardous materials training program exist? | ☐ | ☐ |
| Does it include spill prevention and emergency response procedures? | ☐ | ☐ |
| Has training been documented? | ☐ | ☐ |

**Describe Hazardous Material Operations:**

______________________________

______________________________

______________________________

| | YES | NO |
|---|---|---|
| Does insured have any under or above ground storage tanks on their premises? | ☐ | ☐ |

| STORAGE TANKS | NUMBER | CAPACITY | WHAT IS STORED | ABOVE OR IN GROUND |
|---|---|---|---|---|

USI TRANSPORTATION

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

USI TRANSPORTATION

## General Liability

☐ Claims Made ☒ Occurrence

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS |
|---|---|---|---|
| 1 | TRUCKER | 99793 | |
| | | | |

| # of employees | Full-Time | Part Time | # of employees | Full-Time | Part Time |
|---|---|---|---|---|---|
| Owners | | | Dispatch | | |
| Management | | | Sales | | |
| Co Driver | | | Owner Operators | | |
| Mechanics | | | Safety | | |
| | | | | | |

☐ Blanket Additional Insured ☒ Primary Non-Contributory ☐ Per Location Aggregate ☐ Employee Benefits Liab

☐ Waiver of Subrogation ☐ ☐ ☐

**$2,000,000 GENERAL AGGREGATE**
**$1,000,000 PRODUCTS &COMPLETED OPERATIONS AGGREGATE**
**$1,000,000 PERSONAL & ADVERTISING INJURY**
**$1,000,000 EACH OCCURRENCE**
**$50,000 FIRE DAMAGE (Any one fire)**
**$5,000 MEDICAL EXPENSE (Any one person)**

**Employee Benefits Liability: Retro Date: ____________ Limit: ____________________**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 9. . RECREATION FACILITIES PROVIDED? | | X | | | |

EXPLAIN ANY "YES" ANSWERS FROM ABOVE (General Liability)

USI TRANSPORTATION

## Property

| Location # | Street Address | City | State | Zip |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Location # | Construction | Year Built | Total Area | # of Basements | # of Stories | Sprinklered? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Location # | Wiring Improvement Year | Roofing Improvement Year | Plumbing Improvement Year | Heating Improvement Year | Burglar Alarm Type | Fire Alarm Type |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Location # | Right Exposure and Distance | Left Exposure and Distance | Rear Exposure and Distance | Other Occupancies in Insured Building |
|---|---|---|---|---|
| | | | | |
| | | | | |

### Location #1 – Coverage

| Subject of Insurance | Amount | Co Ins % | Valuation | Causes of Loss | Infl Guard % | Deductible | Forms and Conditions |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### Location #2 – Coverage

| Subject of Insurance | Amount | Co Ins % | Valuation | Causes of Loss | Infl Guard % | Deductible | Forms and Conditions |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

USI TRANSPORTATION

## Umbrella/Excess Liability Coverage

Do you want a quotation for Umbrella / Excess Liability Coverage? ☐ Yes ☐ No

| | |
|---|---|
| Limit of Liability | |
| Self Insured Retention | |
| Excess Or Umbrella | |

## Underlying Coverages

| | | | | |
|---|---|---|---|---|
| General Liability | Carrier | | Policy # | |
| | Effective Date | | Expiration Date | |
| Work Comp | Carrier | | Policy # | |
| | Effective Date | | Expiration Date | |
| Automobile | Carrier | | Policy # | |
| | Effective Date | | Expiration Date | |

USI TRANSPORTATION

## Occupational Accident / Workers Compensation

### Occupational Accident

Do you currently have a Company sponsored Occ Acc program ☐ Yes ☐ No

| | |
|---|---|
| Who is Carrier | |
| Does it include Contingent Liabilty | |
| Do you have a WC policy for the Office Staff, who is carrier | |

| Coverage | Limit |
|---|---|
| Accidental Death & Dismemberment Benefit | |
| Accident Medical Expense Maximum Benefit | |
| Accident Medical Expense Maximum Benefit Period | |
| Temporary Total Disability Maximum Weekly Benefit Amount | |
| Temporary Total Disability Maximum Benefit Period | |
| Continuous Total Disability Benefit Coverage | |
| | |
| Non Occupational Accident Coverage | |

### Workers Compensation

| Employee Category | Code | # Full Time emp | #Part-time emp | payroll |
|---|---|---|---|---|
| Local Drivers | | | | |
| Over the Road Drivers | | | | |
| Dispatchers | | | | |
| Office Clerical | | | | |
| Sales | | | | |
| Owners | | | | |

If multiple states, need to have exposure separated by State

### Non-Trucking Liability (NTL)

Do you want a quotation for owner-operator Physical Damage or NTL Coverage? ☐ Yes ☐ No

**If yes, what limits?** ____________________

☐ **Non-Trucking Liability** ☐ **Bobtail** ☐ **Unladen Liability**

**Fire, Theft, CAC Deductible** ____________________

**Collision Deductible** ____________________


Confidential & Proprietary

USI TRANSPORTATION

## Prior Loss Experience

## Named Insured:

**Auto Liability (BI ):**

| Year | Company | # Claims | Reserves | Paid | Incurred |
|---|---|---|---|---|---|
| 2017 TO 2018 | | | | | |
| 2016 TO 2017 | | | | | |
| 2015 TO 2016 | | | | | |
| 2014 TO 2015 | | | | | |
| 2013 TO 2014 | | | | | |

**Auto Liability (PD):**

| Year | Company | # Claims | Reserves | Paid | Incurred |
|---|---|---|---|---|---|
| 2017 TO 2018 | | | | | |
| 2016 TO 2017 | | | | | |
| 2015 TO 2016 | | | | | |
| 2014 TO 2015 | | | | | |
| 2013 TO 2014 | | | | | |

**Physical Damage:**

| Year | Company | # Claims | Reserves | Paid | Incurred |
|---|---|---|---|---|---|
| 2017 TO 2018 | | | | | |
| 2016 TO 2017 | | | | | |
| 2015 TO 2016 | | | | | |
| 2014 TO 2015 | | | | | |
| 2013 TO 2014 | | | | | |

Date Completed:___________________________

USI TRANSPORTATION

## Named Insured:

**Motor Truck Cargo:**

| Year | Company | # Claims | Reserves | Paid | Incurred |
|---|---|---|---|---|---|
| 2017 TO 2018 | | | | | |
| 2016 TO 2017 | | | | | |
| 2015 TO 2016 | | | | | |
| 2014 TO 2015 | | | | | |
| 2013 TO 2014 | | | | | |

**General Liability :**

| Year | Company | # Claims | Reserves | Paid | Incurred |
|---|---|---|---|---|---|
| 2017 TO 2018 | | | | | |
| 2016 TO 2017 | | | | | |
| 2015 TO 2016 | | | | | |
| 2014 TO 2015 | | | | | |
| 2013 TO 2014 | | | | | |

**Workers Comp:**

| Year | Company | # Claims | Reserves | Paid | Incurred |
|---|---|---|---|---|---|
| 2017 TO 2018 | | | | | |
| 2016 TO 2017 | | | | | |
| 2015 TO 2016 | | | | | |
| 2014 TO 2015 | | | | | |
| 2013 TO 2014 | | | | | |

Date Completed:_________________________

USI TRANSPORTATION

## Named Insured:

**Umbrella/Excess:**

| Year | Company | # Claims | Reserves | Paid | Incurred |
|---|---|---|---|---|---|
| **2017 TO 2018** | | | | | |
| **2016 TO 2017** | | | | | |
| **2015 TO 2016** | | | | | |
| **2014 TO 2015** | | | | | |
| **2013 TO 2014** | | | | | |

Date Completed:________________________

**NOTE – IF BI LOSSES ARE NOT INDICATED, REFER TO PD AS THE STATED LOSSES ARE INCLUDED.**

**Comments on Prior Loss Experience:**

**Large Loss Explanation (Over $50,000):**