# MOTOR TRUCK CARGO PROPOSAL FORM
For use with Broad Form (15)

**Use space on last page or attach an extra sheet if there is insufficient room for answers**

**1. Applicant:** FLOYD INC **doing business as:** ____________
**Company:** ____________ **Year established:** ____________
**Address:** 729 N ROUTE 83 SUITE 324
**ICC Docket No. MC:** DOT 2903977 MC977366

**2. Names, addresses and functions of Associated or Subsidiary Companies to be included:**

____________
____________
____________

**3. Are Companies:** ☒ Common Carriers  Private Carriers  Contract Carriers
Owner of Cargo  Other (please give details at end of form)

If you contract on a released liability basis please attach a copy of a specimen waybill showing how much liability you accept. Also please give details of your additional valuation rates and the approximate annual level of additional valuation charges you receive.

**4.a) Please give details of any operations carried out other than that of a carrier**
NA

**b) Do you subcontract to other parties?** Yes ☒ No  If so on long term (30 day+) leases or other basis? (give details)
____________

**c) Are subcontractors responsible and insured for loss or damage to the cargo you subcontract to them?** ☐ Yes ☐ No
If so, do you maintain copies of their current insurance arrangements on file? ☐ Yes ☐ No

**5. Please give gross receipts in respect of your trucking operations for past 5 years:**

| YEAR | G.R. Own Haul | G.R. Subcontracted Out | Total G.R. all operations |
|---|---|---|---|
| 21-22 | [redacted] | | |
| 20-21 | [redacted] | | |
| 19-20 | [redacted] | | |
| 18-19 | [redacted] | | |
| 17-18 | [redacted] | | |

**6.** The following interests are excluded under the basic policy form, but can normally be covered at additional premium if requested. Please check any you wish to be covered, and include details of such exposures in answer to question 8: ☐ Accounts ☐ bills ☐ debts ☐ evidence of debt ☐ letters of credit ☐ passports documents ☐ railroad or other tickets ☐ notes ☐ money ☐ securities ☐ currency ☐ bullion ☐ precious stones ☐ jewelry &/or other similar valuable articles ☐ paintings ☐ statuary and other works of art ☐ manuscripts ☐ mechanical drawings ☐ live animals ☐ tobacco ☐ cigars ☐ cigarettes, non-ferrous ☐ metal in scrap or ingot form ☐ furs ☐ alcohol ☐ liquor ☐ beer ☐ wine ☐ garments (defined as: items of clothing, including innenwear and outerwear, footwear, shoes, boots, gloves, hats, and the like) ☐ seafood unless canned ☐ electronics (defined as: all items of consumer and commercial electrical appliances and instruments including but not limited to radios, stereos, televisions, computers, computer software, hard drives. chips, modems. monitors, cameras, facsimile machines, photocopiers, VCRs, hi-fis, CD players and the like. Note: Heavy electrical items, such as switch ear, turbines, generators and the like are NOT considered to be electronics).



**EXHIBIT 2**

Case: 1:23-cv-03253 Document #: 1-2 Filed: 05/23/23 Page 2 of 4 PageID #:38

# MOTOR TRUCK CARGO PROPOSAL FORM

For use with Broad Form (15)

7. Form of cover required: Broad Form ■ incl Reefer Breakdown? Named Peril Form

8. List by category and percentage of the total loads shipped:

| Type of cargo | Ave. Value per load | Max Value per load | % of total loads |
|---|---|---|---|
| Machinery | | | |
| Tobacco | | | |
| Produce | | | |
| Chilled Food | [redacted] | | [redacted] |
| Frozen Food | [redacted] | | [redacted] |
| Building Materials | [redacted] | | [redacted] |
| PAPER/PLASTICS | [redacted] | | [redacted] |
| BEVERAGES | [redacted] | | [redacted] |
| PET FOOD | [redacted] | | [redacted] |
| FAK | [redacted] | | [redacted] |
| CHILLED FOOD ABOVE ALL REF | | | |
| | | | |
| | | | |

9. Do you require cover for cargo in terminals or at other places where vehicles are often left overnight or at weekends either on vehicles NO ______ ? or off vehicles ________ ?If either answer is yes, please give details of any such places which are regularly used:

| Address | Fenced yard locked at night? | 24 hour watchman? | Alarmed Building? | Building with Sprinklers? | Max. value exposed? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

10. Limits required: a) $ _________ a.a.vehicle
b) $ _______________ a.a.loss (vehicle accumulation)
c) $ _______________ a.o.te1minal (of vehicles)

If Limit for 10b) is in addition to 10c ), specify overall loss limit needed $_________________

Do you ever carry loads valued greater than the cargo insurance limit requested? Yes ■ No

11. Give details of any steps taken to secure vehicles whenever left unoccupied.
BACKED UP TO FENCING OR BUILDING. LOCKED. SECURED.

12. Give details of any I.C.C. or State/ Provincial cargo filings required:

MOTOR TRUCK CARGO PROPOSAL FORM
For use with Broad Form (15)

Percentage of hauls by distance: 1-250 miles 15 251-1000 miles 65 1001 +mile 20

13. Please give details of the number of vehicles for which cargo cover is required:

| | | | |
|---|---|---|---|
| Tractor Units | 12 | Reefer Trailers 10 years old or less | 12 |
| Straight Trucks | | Reefer Trailers more than 10 years old | |
| Reefer Trucks | | Flat Bed Trailers | |
| Tank Trucks | | Tank Trailers | |
| Other Power Units | | Other Trailers | |
| Total Number of Power Units | | Total Number of Trailers | |

14. Please give power unit vehicle identification numbers if scheduled vehicle policy required:

| | | | |
|---|---|---|---|
| 1 | SEE EXCEL SCHEDULE | 6 | |
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | 9 | |
| 5 | | 10 | |

15. Please give driver details:

| | | | |
|---|---|---|---|
| Total number of drivers | 12 | Number of full time employee drivers | 12 |
| Number under 25 years old | 0 | Number of drivers on long term (30d+) lease | 12 |
| Number over 60 years old | 0 | Number of two-person driver teams | 0 |

16. Please give details of checking procedures maintained for employing new drivers:

MVRS. ROADTEST, PSP, DRUG TEST.

17. What are the criteria you use to determine whether to fire existing drivers?

CASE BY CASE BASIS. MANAGEMENT TEAM REVIEW

8. Please give details of your cargo loss experience whether insured or not, for the past 5 years, on an All Risks/ Broad Form basis, **FROM 1st DOLLAR/ NO DEDUCTIBLE**

| Year | Paid | Outstanding | What Happened? |
|---|---|---|---|
| | | | SEE LOSS RECAP PROVIDED |
| | | | |
| | | | |

# MOTOR TRUCK CARGO PROPOSAL FORM

For use with Broad Form (15)

19. Are details of claims within deductibles ('over, shortage and damage') maintained? If so, please give details for the past 3 years:

| Year | Total Amount Paid | Total Amount Outstanding |
|---|---|---|
| | | |
| | | |
| | | |

20. Has any insurer within the past 5 years refused to renew, or canceled insurance to the applicant? [x] Yes No

If so please give details: ASLU NON-RENEWED

21. Please give details of your existing cargo insurance:

| | | | |
|---|---|---|---|
| Carrier | | Existing Deductible | |
| Renewal Offered? | | Existing Limit | |
| Existing Rate | | Expiry Date | |

22. Date from which insurance cover is required: ____________________

23. I/we hereby declare that the statements and particulars given on this form are true to the best of my/our knowledge and belief and that I/we have not suppressed, withheld or modified any material facts. I/we agree that should a policy be issued, this form shall be the basis of the contact, and that any change in the pattern of my/our trade or trade practices shall be advised to the Underwriters who may at their discretion, vary the terms and conditions of the contract.

Signed: [illegible] Dated: 6/24/2022

Position: President

Continued from question: