# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MS Amlin Corporate Member LTD

                                        Plaintiff,

v.                                                                   Case No.: 1:23−cv−03253

                                                                          Honorable Steven C. Seeger

Floyd, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 14, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the notice of voluntary dismissal of Defendant American Axle & Manufacturing (Dckt. No. [33]), which is self−effectuating under Rule 41(a)(1). Defendant American Axle & Manufacturing is dismissed. The motion by attorney Hughes to withdraw as counsel for Plaintiff MS Amlin Corporate Member, Ltd. (Dckt. No. [34]) is hereby granted. Mailed notice (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.