IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:23-cv-03253 |
| v. | ) |
| | ) Hon. Steven C. Seeger |
| FLOYD, INC.; UNITED MEDICAL ENTERPRISE, INC; ALSIP MINIMILL, LLC; GREIF, INC.; WESTROCK COMPANY; SEA FREIGHT LOGISTICS, INC.; MARS PETCARE US, INC.; MGP INGREDIENTS, INC.; ZF CHASSIS SYSTEMS TUSCALOOSA, LLC; INTERNATIONAL PAPER CO.; MITSUBISHI CHEMICAL AMERICA, INC.; CATERPILLAR, INC.; GENERAL MILLS OPERATIONS, INC., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Plaintiff, MS AMLIN CORPORATE MEMBER LTD, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of the voluntary dismissal of Defendant Alsip Minimill, LLC and Defendant ZF Chassis Systems Tuscaloosa, LLC, opposing parties that have not served any answers or motions for summary judgment in this action; with this action to continue as against all other defendants named in Plaintiff's Complaint.

Dated: July 31, 2023        PLAINTIFF MS AMLIN CORPORATE MEMBER LTD

                                         BY: */s/ Scott W. McMickle*
                                             Scott W. McMickle
                                             (Georgia Bar No.497779)
                                             MCMICKLE, KUREY & BRANCH, LLP
                                             217 Roswell Street, Suite 200
                                             Alpharetta, Georgia 30009
                                             Telephone: (678) 824-7800
                                             Email: swm@mkblawfirm.com

1

2

BY: */s/ Mitchell H. Frazen*
Mitchell H. Frazen
(Illinois Bar No. 3127119)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6618
Email: frazen@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 31, 2023, Plaintiff MS AMLIN CORPORATE MEMBER LTD electronically filed the foregoing NOTICE OF DISMISSAL using this Court's CM/ECF website, which provides notice of this filing to all parties of record.

BY: */s/ Scott W. McMickle*