# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MS Amlin Corporate Member LTD

                                      Plaintiff,

v.                                                                                         Case No.: 1:23−cv−03253
                                                                                       Honorable Steven C. Seeger

Floyd, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Plaintiff's notice of voluntary dismissal of Defendant RXO Capacity Solutions (Dckt. No. [69]) and Defendants C.H. Robinson Co., International Paper Co., and Mitsubishi Chemical America (Dckt. [71]), which are self−effectuating under Rule 41(a)(1)(A)(i). Defendants RXO Capacity Solutions (incorrectly named as RXO, Inc.), C.H. Robinson Co., International Paper Co., and Mitsubishi Chemical America are dismissed. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.