UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:23-CV-03253 |
| v. | ) |
| | ) Honorable Steven C. Seeger |
| FLOYD, INC.; UNITED MEDICAL ENTERPRISE, INC; GREIF, INC.; WESTROCK COMPANY; SEA FREIGHT LOGISTICS, INC.; MARS PETCARE US, INC.; MGP INGREDIENTS, INC.; INTERNATIONAL PAPER CO.; MITSUBISHI CHEMICAL AMERICA, INC.; CATERPILLAR, INC.; GENERAL MILLS OPERATIONS, INC.; RXO, INC.; C.H. ROBINSON COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL**

Plaintiff, MS AMLIN CORPORATE MEMBER LTD, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of the voluntary dismissal of Defendant C.H. ROBINSON COMPANY, INC. and Defendant GENERAL MILLS OPERATIONS, INC., opposing parties that have not served any answers or motions for summary judgment in this action; with this action to continue as against all other defendants named in Plaintiff's Complaint.

Dated: November 3, 2023   PLAINTIFF MS AMLIN CORPORATE MEMBER LTD

BY: */s/ Scott W. McMickle*
Scott W. McMickle
(Georgia Bar No.497779)
MCMICKLE, KUREY & BRANCH, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009

1

        Telephone: (678) 824-7800
        Email: swm@mkblawfirm.com

BY: */s/ Mitchell H. Frazen*
        Mitchell H. Frazen
        (Illinois Bar No. 3127119)
        LITCHFIELD CAVO, LLP
        303 West Madison Street, Suite 300
        Chicago, Illinois 60606
        Telephone: (312) 781-6618
        Email: frazen@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2023, Plaintiff MS AMLIN CORPORATE MEMBER LTD electronically filed the foregoing NOTICE OF DISMISSAL using this Court's CM/ECF website, which provides notice of this filing to all parties of record.

BY: */s/ Scott W. McMickle*