UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD, <br><br> Plaintiffs, <br><br> v. <br><br> FLOYD, INC.; UNITED MEDICAL ENTERPRISE, INC; GREIF, INC.; WESTROCK COMPANY; MARS PETCARE US, INC.; MGP INGREDIENTS, INC.; CATERPILLAR, INC., <br><br> Defendants. | Case No. 1:23-CV-03253 <br><br> Honorable Steven C. Seeger |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT
UNITED MEDICAL ENTERPRISE, INC.**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff MS Amlin Corporate Member, Ltd., by its undersigned attorneys, moves the Court to direct the Clerk to enter a default against Defendant United Medical Enterprise, Inc. for that defendant's failure to plead or otherwise defend, and in support submits herewith the Affidavit of Mitchell H. Frazen attached as Exhibit A, and states as follows:

1. Federal Rule of Civil Procedure 55(a) requires the Clerk to enter a default against a defendant that fails to plead or otherwise defend. The rule states:

    (a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

2. As set forth in the Affidavit of Mitchell H. Frazen attached as Exhibit A, Defendant United Medical Enterprise, Inc. has been properly served with summons and has failed to timely plead or otherwise defend in this action.

3. Plaintiff's complaint for rescission and declaratory relief was filed on May 23, 2023. (See Doc. 1).

4. Defendant United Medical Enterprise, Inc. was served with an alias summons and copy of the complaint on June 12, 2023. (See Exhibit 1 to Affidavit of Mitchell H. Frazen, attached as Exhibit A to this motion.)

5. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant United Medical Enterprise, Inc.'s responsive pleading was due to be filed on or before July 3, 2023..

6. To date, Defendant United Medical Enterprise, Inc. has not filed or served Plaintiff's counsel with an appearance, answer or other responsive pleading in this action.

7. Under Federal Rule of Civil Procedure 55(a), an order of default against Defendant United Medical Enterprise, Inc. must be entered by the Clerk.

WHEREFORE, Plaintiff MS Amlin Corporate Member, Ltd. moves this Court, pursuant to Federal Rule of Civil Procedure 55(a), to direct the Clerk to enter a default against Defendant United Medical Enterprise, Inc.

Dated: November 3, 2023    MS AMLIN CORPORATE MEMBER LTD

BY: */s/ Scott W. McMickle*
Scott W. McMickle
(Georgia Bar No.497779)
MCMICKLE, KUREY & BRANCH, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
(678) 824-7800
swm@mkblawfirm.com

BY: */s/ Mitchell H. Frazen*
Mitchell H. Frazen
(Illinois Bar No. 3127119)
LITCHFIELD CAVO, LLP
303 West Madison, Suite 300

Chicago, Illinois 60606
(312) 781-6618
Frazen@LitchfieldCavo.com

*Attorneys for Plaintiff MS AMLIN CORPORATE MEMBER, LTD*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:23-CV-03253 ) ) Honorable Steven C. Seeger |
| FLOYD, INC.; UNITED MEDICAL ENTERPRISE, INC; GREIF, INC.; WESTROCK COMPANY; MARS PETCARE US, INC.; MGP INGREDIENTS, INC.; CATERPILLAR, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## **AFFIDAVIT OF MITCHELL H. FRAZEN**

I, Mitchell H. Frazen, having first been duly sworn, depose and state:

1.      I am over the age of 18, acting as counsel for Plaintiff MS Amlin Corporate Member, Ltd., and have personal knowledge of the facts set forth in this affidavit.

2.      On May 23, 2023, Plaintiff filed this rescission and declaratory judgment action against its insured Defendant Floyd, Inc. and thirteen co-defendant claimants against Floyd, Inc. (several of which have since been dismissed from this action).

3.      Plaintiff caused Defendant United Medical Enterprise, Inc. to be served with an alias summons and copy of the complaint on June 12, 2023. A copy of the certified mail proof of delivery is attached hereto as Exhibit 1.

4.      Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant United Medical Enterprise, Inc.'s responsive pleading was due to be filed on or before July 3, 2023.

6.      Defendant United Medical Enterprise, Inc. has not filed an appearance, answer or other responsive pleading to the complaint, nor has that defendant served those documents on counsel for Plaintiff.

7.      This affidavit is executed in accordance with Rule 55(a) for the purpose of enabling the Clerk to enter a default against Defendant United Medical Enterprise, Inc. for failure to answer or otherwise defend.

                                                    */s/ Mitchell H. Frazen*
                                                    Mitchell H. Frazen

Subscribed and sworn to before me
this 3rd day of November, 2023.

*[signature: Sherry Davis-Brown]*

_____
      Notary Public

OFFICIAL SEAL
SHERRY DAVIS BROWN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/10/2024



9171 9690 0935 0296 6515 70

quadient
PRIORITY MAIL
IMI
$016.60
06/08/2023 ZIP 60606
043M31226938
US POSTAGE

**First Class**

Litchfield Cavo LLP
303 West Madison Street
Suite 300
Chicago, IL 60606

United Medical Enterprises, Inc.
c/o Its Registered Agent
Percy J. Blount
511 Courthouse Lane
Augusta, Georgia 30901

**EXHIBIT 1**

**My Services**     Profile   Print   Guide   Export

Equipment    Reports    Tracking    Supplies

Home > Tracking > Status History

**Status History ?**

### ◆ Tracking Number Information

| | | | |
|---|---|---|---|
| **Meter:** | 31226938 | **Mailing Date:** | 06/08/23 02:17 PM |
| **Tracking Number:** | 9171969009350296651570 | **Sender:** | MHF sd |
| **Current Status:** | OK : Delivered | **Recipient:** | |
| **Class of Mail** | PM | **Zip Code:** | 30901 |
| **Service:** | CERT | **City:** | AUGUSTA |
| **Value** | $12.450 | **State:** | GA |

**Proof of Delivery**

### ◆ Status Details

| ▼ Status Date | Status |
|---|---|
| Mon, 06/12/23, 10:51:00 AM | OK : Delivered |
| Sat, 06/10/23, 06:16:00 PM | Not delivered: Insufficient Address |
| Sat, 06/10/23, 08:38:00 AM | Out for Delivery |
| Sat, 06/10/23, 08:27:00 AM | Arrival at Unit |
| Sat, 06/10/23, 05:53:00 AM | Arrive Sort Facility |
| Sat, 06/10/23, 04:57:00 AM | Arrive Sort Facility |
| Sat, 06/10/23, 01:52:00 AM | Depart Sort Facility |
| Sat, 06/10/23, 01:41:00 AM | Depart Sort Facility |
| Fri, 06/09/23, 10:41:00 PM | Processed (processing scan) |
| Fri, 06/09/23, 05:24:00 PM | Depart Sort Facility |
| Fri, 06/09/23, 03:57:00 PM | Arrive Sort Facility |
| Fri, 06/09/23, 03:48:00 PM | Arrive Sort Facility |
| Fri, 06/09/23, 01:33:00 AM | Depart Sort Facility |

**1** 2 next >>

Note: Delivery status updates are processed throughout the day and posted upon receipt from the Postal Service.

**My Services**      Profile  Print  Guide  →Export

Equipment     Reports     Tracking     Supplies

Home > Tracking > Status History

**Status History** ?

### ♦ Tracking Number Information

| | | | |
|---|---|---|---|
| **Meter:** | 31226938 | **Mailing Date:** | 06/08/23 02:17 PM |
| **Tracking Number:** | 9171969009350296651570 | **Sender:** | MHF sd |
| **Current Status:** | OK : Delivered | **Recipient:** | |
| **Class of Mail** | PM | **Zip Code:** | 30901 |
| **Service:** | CERT | **City:** | AUGUSTA |
| **Value** | $12.450 | **State:** | GA |

**Proof of Delivery**

### ♦ Status Details

| ▼ Status Date | Status |
|---|---|
| Fri, 06/09/23, 01:07:00 AM | Depart Sort Facility |
| Fri, 06/09/23, 12:25:00 AM | OK: USPS acknowledges reception of info |
| Thu, 06/08/23, 11:58:00 PM | Processed (processing scan) |
| Thu, 06/08/23, 10:43:00 PM | Origin Acceptance |

<< prev  1  **2**

Note: Delivery status updates are processed throughout the day and posted upon receipt from the Postal Service.