IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-cv-03253 ) ) |
| FLOYD, INC., *et al.* | ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By and through their undersigned counsel, Plaintiff MS Amlin Corporate Member Ltd. ("Amlin") and Defendant WestRock Company ("WestRock"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that Amlin voluntarily dismisses WestRock from this action pursuant to WestRock's Stipulation to Waive any Argument in Rescission and Declaratory Judgment Action and be Bound by Court Findings, with this action to continue against all remaining defendants.

Dated: November 14, 2023                    Respectfully submitted,

*/s/ John S. Vishneski III*                 */s/ Scott W. McMickle*
John S. Vishneski III                       Scott W. McMickle
Lauren S. Gubricky                          (George Bar No. 497779)
Reed Smith LLP                              McMickle, Kurey & Branch, LLP
10 S. Wacker Dr., 40th Floor                217 Roswell Street, Suite 200
Chicago, IL 60606                           Alpharetta, GA 30009
(312) 207-1000                              (678) 824-7800
jvishneski@reedsmith.com                    swm@mkblawfirm.com
lgubricky@reedsmith.com

                                            */s/ Mitchell H. Frazen*
*Counsel for Defendant WestRock Company*    Mitchell H. Frazen
                                            (Illinois Bar No. 3127119)
                                            Litchfield Cavo, LLP

- 2 -

        303 West Madison, Suite 300
        Chicago, IL 60606
        (312) 781-6618
        frazen@litchfieldcavo.com

        *Counsel for Plaintiff MS Amlin Corporate Member Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which sends notice to all counsel of record.

*/s/ Lauren S. Gubricky*
Lauren S. Gubricky