## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MS Amlin Corporate Member LTD

                    Plaintiff,

v.                                 Case No.: 1:23−cv−03253
                                 Honorable Steven C. Seeger

Floyd, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 4, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation to waive any argument in recission and declaratory judgment and be bound by court findings (Dckt. No. [88]) filed by Plaintiff MS Amlin Corporate Member and by Defendant C.H. Robinson Co. (Dckt. No. [88]). The Court also reviewed the notice of dismissal of Defendant C.H. Robinson and Defendant General Mills Operations (Dckt. No. [89]). In a similar vein, the Court reviewed the stipulation to waive any argument in recission and declaratory judgment and be bound by court findings (Dckt. No. [92]) filed by Plaintiff MS Amlin Corporate Member and by Defendant WestRock Co. (Dckt. No. [92]), and the stipulation of dismissal with prejudice of Defendant WestRock Co. (Dckt. No. [93]). That procedural mouthful is a long way of saying that Defendants C.H. Robinson, General Mills Operations, and WestRock are no longer in the case. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.