**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

MS Amlin Corporate Member LTD
                                   Plaintiff,

v.                                                Case No.: 1:23−cv−03253
                                                  Honorable Steven C. Seeger

Floyd, Inc., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 22, 2023:

    MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the latest notice of voluntary dismissal (Dckt. No. [110]), which announced that Defendant MGP Ingredients is dismissed. The notice is self−effectuating under Rule 41(a)(1)(A)(i). MGP Ingredients, Inc. is dismissed. So, by the Court's count (Dckt. Nos. [104], [106]), six defendants are left. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.