IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-cv-03253 |
| FLOYD, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By and through their undersigned counsel, Plaintiff MS Amlin Corporate Member Ltd. ("Amlin") and Defendant Caterpillar, Inc. ("Caterpillar"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that Amlin voluntarily dismisses Caterpillar from this action, with this action to continue against the remaining defendant(s).

Dated: June 14, 2024

/s/ Timothy S McGovern
Timothy S McGovern
Wafeek Mohamed Elafifi
Floyd Zadkovich (US) LLP
53 West Jackson Boulevard
Suite 835
Chicago, IL 60604
(312) 579-8380
tim.mcgovern@floydzad.com
wafeek.elafifi@floydzad.com

*Counsel for Defendant
Caterpillar, Inc.*

Respectfully submitted,

/s/Mitchell H. Frazen
Mitchell H. Frazen
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6618
Frazen@LitchfieldCavo,com

*Counsel for Plaintiff
MS Amlin Corporate Member Ltd.*