# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MS Amlin Corporate Member LTD

                              Plaintiff,

v.                                                              Case No.: 1:23–cv–03253

                                                                Honorable Steven C. Seeger

Floyd, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation between MS Amlin Corporate Member Ltd. ("Amlin") and Defendant Greif, Inc. ("Greif"). They basically reached a stipulation that Grief will be bound by any final orders in this litigation. And if "the Court denies Amlin's requested relief for declaratory judgment, Greif, Inc. reserves its rights to pursue any claims it previously submitted under the Policy." (There are other terms, too.) The parties asked the Court to enter a dismissal order. As requested, the Court adopts the proposed stipulation. Defendant Grief is hereby dismissed based on the terms covered in the stipulation, including the agreement that Greif will be bound by any final order in this litigation. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.