## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MS Amlin Corporate Member LTD

                                    Plaintiff,

v.                                                           Case No.: 1:23−cv−03253

                                                                   Honorable Steven C. Seeger

Floyd, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [139]) Many Defendants have left the case, but a few remain. On December 4, 2023, this Court entered default against Defendants United Medical Enterprise (Dckt. No. [95]) and Mars Petcare US (Dckt. No. [105]). But by the look of things, Plaintiff has not pursued it. Plaintiff must file a motion for default judgment by August 5, 2024. A response is due by August 19, 2024. Otherwise, the Court will dismiss those Defendants for want of prosecution. Plaintiff simply asked for a judgment in the last paragraph of the status report. But under Rule 7, a request requires a motion, especially for something as serious as a default judgment. The Court reminds Plaintiff to serve those Defendants with a copy by U.S. Mail, and file a certificate of service. The Court reminds Plaintiff of the need to submit a Word version of a proposed judgment to the proposed order inbox: proposed_order_seeger@ilnd.uscourts.gov. The status report seemed to take issue with this Court's minute order about Caterpillar (Dckt. No. [128]) on June 18, 2024. But Plaintiff filed a stipulation of dismissal (Dckt. No. [127]), which is self−effectuating, meaning that the Court doesn't have to do anything. In the interest of clarity, this Court hereby confirms that Defendant Caterpillar was dismissed in light of the filing of the stipulation of dismissal (Dckt. No. [127]). The last remaining Defendant is Floyd, but the parties recently settled, and the parties expect to file a stipulation of dismissal in the short term. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.