IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD,<br><br>    Plaintiff,<br><br>v.<br><br>FLOYD, INC.; UNITED MEDICAL ENTERPRISE, INC; MARS PETCARE US, INC.,<br><br>    Defendants. | Case No. 1:23-CV-03253<br><br>Honorable Steven C. Seeger |

## **NOTICE OF DISMISSAL**

Plaintiff, MS AMLIN CORPORATE MEMBER LTD, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of the voluntary dismissal of Defendants United Medical Enterprise, Inc. and Mars PetCare US, Inc., opposing parties that have not served either an answer or a motion for summary judgment in this action; and against which default judgments have not been entered, with this action to continue as against the sole remaining defendant named in Plaintiff's Complaint, Floyd, Inc.

Dated: August 2, 2024

MS AMLIN CORPORATE MEMBER LTD

By: */s/Scott W. McMickle*
    Scott W. McMickle
    (Georgia Bar No. 497779)
    MCMICKLE, KUREY & BRANCH, LLP
    217 Roswell Street, Suite 200
    Alpharetta, Georgia 30009
    (678) 824-7800
    swm@mkblawfirm.com
    s@mkblawfirm.com

2

By: */s/Mitchell H. Frazen*
Mitchell H. Frazen
(Illinois Bar No. 3127119)
LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606
(312) 781-6618
Frazen@LitchfieldCavo.com