# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MS Amlin Corporate Member LTD

                                Plaintiff,

v.                                                                 Case No.: 1:23−cv−03253

                                                                                    Honorable Steven C. Seeger

Floyd, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 2, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation of dismissal as to Defendants United Medical Enterprise and Mars Petcare (Dckt. No. [141]), which is self−effectuating under Rule 41(a)(1)(A)(i). Defendants United Medical Enterprise and Mars Petcare are dismissed. The last remaining Defendant is Floyd Inc., but Plaintiff recently filed a statement saying that Plaintiff and Floyd Inc. had reached a settlement in principle. (Dckt. No. [137]) Given that representation, the complaint is hereby dismissed without prejudice as to Defendant Floyd Inc. The dismissal shall automatically convert to a dismissal with prejudice unless Plaintiff or Floyd Inc. seeks and obtains relief from the Court by September 15, 2024. There are no defendants left. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.