UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLOYD, INC.; UNITED MEDICAL )<br>ENTERPRISE, INC; MARS PETCARE US, )<br>INC., )<br>)<br>Defendants. ) | Case No. 1:23-CV-03253<br><br>Honorable Steven C. Seeger |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, undersigned counsel for the parties to this action hereby stipulate that all claims of plaintiff MS Amlin Corporate Member, Ltd. herein against defendant Floyd, Inc. and all counterclaims of counter-plaintiff Floyd, Inc. against counter-defendant MS Amlin Corporate Member, Ltd. are dismissed in their entirety with prejudice, with each party to bear its own costs.

Dated: August 2, 2024　　　　　MS AMLIN CORPORATE MEMBER LTD

　　　　　　　　　　　　　　　BY: */s/ Scott W. McMickle*
　　　　　　　　　　　　　　　　　Scott W. McMickle
　　　　　　　　　　　　　　　　　(Georgia Bar No.497779)
　　　　　　　　　　　　　　　　　MCMICKLE, KUREY & BRANCH, LLP
　　　　　　　　　　　　　　　　　217 Roswell Street, Suite 200
　　　　　　　　　　　　　　　　　Alpharetta, Georgia 30009
　　　　　　　　　　　　　　　　　(678) 824-7800
　　　　　　　　　　　　　　　　　swm@mkblawfirm.com

　　　　　　　　　　　　　　　BY: */s/ Mitchell H. Frazen*
　　　　　　　　　　　　　　　　　Mitchell H. Frazen
　　　　　　　　　　　　　　　　　(Illinois Bar No. 3127119)
　　　　　　　　　　　　　　　　　LITCHFIELD CAVO, LLP
　　　　　　　　　　　　　　　　　303 West Madison, Suite 300
　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　(312) 781-6618
　　　　　　　　　　　　　　　　　Frazen@LitchfieldCavo.com

*Attorneys for Plaintiff MS AMLIN CORPORATE MEMBER, LTD*

Dated: August 2, 2024
FLOYD, INC.

BY: */s/ Michael M. Schmahl*
*(Signed with express permission by Scott McMickle)*
Michael M. Schmahl
(Illinois Bar No. 6275860)
Mason Pollick & Schmahl, LLC
70 West Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com

*Attorney for Defendant / Counter-Plaintiff FLOYD, INC.*

2